IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al. as
Trustees of the UMWA 1992 BENEFIT
PLAN,

              Plaintiffs,

v.

BRUSHY CREEK COAL COMPANY, et al.

              Defendants.

Civil Action No. 1:05CV01762
Judge Richard J. Leon

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1. I am an Attorney Assistant for the Office of General Counsel Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2. On September 6, 2005, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Brushy Creek Coal Company, by certified mail to:

> Brushy Creek Coal Company
> f/k/a Kenellis Energies, Inc.
> 4270 North America Road
> Galatia, IL  62935

Service was accomplished on September 12, 2005.  The signed receipt is attached to this Affidavit as Exhibit A.

3. On September 6, 2005, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Western Fuels-Illinois, Inc., by certified mail to:

> Western Fuels-Illinois, Inc
> P.O. Box 104
> Harrisburg, IL  62946

Service was accomplished on September 12, 2005. The signed receipt is attached to this Affidavit as Exhibit B.

4. On September 6, 2005, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Western Fuels Association, Inc., by certified mail to:

> Western Fuels Association, Inc.
> 1100 W 116th Ave.
> Denver, CO 80234

Service was accomplished on September 9, 2005. The signed receipt is attached to this Affidavit as Exhibit C.

5. On September 6, 2005, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Western Fuels Association, Inc., by certified mail to:

> Western Fuels Association, Inc.
> 333 John Carlyle St., Ste 530
> Alexandria, VA 22314

Service was accomplished on September 7, 2005. The signed receipt is attached to this Affidavit as Exhibit D.

6. I declare under penalty of perjury that the foregoing is true and correct.

*Lynn E. Crank*
Lynn E. Crank

UMWA Health & Retirement Funds
Office of General Counsel
2121 K Street NW Suite 350
Washington, DC 20021
Telephone: (202) 521-2238

2

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 23rd DAY

OF SEPTEMBER, 2005

_____
NOTARY PUBLIC

Annette Hargis
Notary Public, District of Columbia
My Commission Expires 10-14-2007

MY COMMISSION EXPIRES _____.

P:\PMWIN\PUBLIC\CORR\LCRANK\18648\197000711.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2005, I served the foregoing Affidavit of Service by Certified Mail via United States Mail, First Class, Postage Prepaid, to the following individuals:

Brushy Creek Coal Co., Inc.
4270 North America Road
Galatia, IL  62935

Western Fuels - Illinois, Inc.
P.O. Box 104
Harrisburg, IL  62946

Western Fuels Association, Inc.
1100 W. 116th Ave.
Denver, CO  80234

Western Fuels Association, Inc.
333 John Carlyle St., Ste 530
Alexandria, VA  22314

Barbara E. Locklin
Assistant General Counsel
D.C. Bar No. 420503

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *L. Granneman*    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): L Granneman    C. Date of Delivery: 9-12-05 |
| 1. Article Addressed to:<br><br>Brushy Creek Coal Company<br>f/k/a Kenellis Energy Inc<br>4270 North America Road<br>Galatia IL 62935<br><br>PM #3646 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2030 0006 7778 5738 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tom Luxxxx_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 12 2005 |
| 1. Article Addressed to:<br><br>WESTERN FUELS-ILLINOIS INC<br>PO BOX 104<br>HARRISBURG IL 62946<br><br>PM #3646 | D. Is delivery address different from 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2030 0004 2278 5745 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WESTERN FUELS ASSOCIATION INC
   1100 W 116th AVE
   DENVER CO 80234

   RM #3646

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   [Postmark: SEP 9 2005, FAIRVIEW CO 80234]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0006 7778 5752

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Adrian_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Galen SORIANO   9-7-05 |
| 1. Article Addressed to:<br>WESTERN FUELS ASSOCIATION INC<br>333 JOHN CARLYLE ST  STE 530<br>ALEXANDRIA  VA  22314<br><br>PM #3646 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>  (Transfer from service label)   7002 2030 0006 7778 5769 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540