IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Michael H. Holland, Micheal W. Buckner,
Frank Dunham & Elliot A. Segal as Trustees
of the UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

        Plaintiffs,                      Case No. 1:05cv1762

v.

BRUSHY CREEK COAL COMPANY, ET AL.,

        Defendants.

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

**COMES NOW** Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc., and Western Fuels Association, Inc., by counsel, and moves the Court to extend the time within which to file responsive pleadings to the Complaint filed by Plaintiff until November 18, 2005. Plaintiffs' counsel has authorized Defendants' counsel to represent that she does not object to such extension of time.

**WHEREFORE,** Defendants respectfully pray for entry of the proposed, agreed order granting them an extension of time within which to file responsive pleadings to Plaintiffs' Complaint until November 18, 2005.

                                          Respectfully submitted,

                                          BRUSHY CREEK COAL COMPANY,
                                          WESTERN FUELS-ILLINOIS, INC., and
                                          WESTERN FUELS ASSOCIATION, INC.

                                          By Counsel

COUNSEL:

Thomas M. Lucas (DC Bar No. 358653)
Kristina H. Vaquera (VA Bar No. 43655)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
 (757) 687-7740

Peter Glaser (DC Bar No. 334714)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2866


By: ____/s/ Thomas M. Lucas_____
            Thomas M. Lucas

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing Unopposed Motion to Extend Time to File Responsive Pleadings via facsimile and U.S. first class mail upon:

>Larry D. Newsome, Esq.
>Barbara E. Locklin, Esq.
>UMWA Health & Retirement Funds
>Office of the General Counsel
>2121 K. Street, W, Suite 350
>Washington, D.C. 20037-1879

This 20th day of October, 2005.

                              By: ____/s/ Thomas M. Lucas_____
                                            Thomas M. Lucas