IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Michael H. Holland, Micheal W. Buckner,
Frank Dunham & Elliot A. Segal as Trustees
of the UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

       Plaintiffs,                 Case No. 1:05cv1762

v.

BRUSHY CREEK COAL COMPANY, ET AL.,

       Defendants.

## ORDER

THIS MATTER CAME before the Court upon motion of the Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc., and Western Fuels Association, Inc., by counsel, for an extension of time within which to file its responsive pleadings to the Complaint filed by Plaintiffs, and based upon the parties' agreement to extend such deadline, it is hereby ORDERED that the Defendants' motion is GRANTED and that the Defendants shall file its responsive pleadings on or before November 18, 2005.

Entered this _____ day of _____, 2005.

                                                 _____
                                                          Judge