IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael H. Holland, Micheal W. Buckner,
Frank Dunham & Elliot A. Segal as Trustees
of the UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

        Plaintiffs,           Case No. 1:05cv1762

v.

BRUSHY CREEK COAL COMPANY, ET AL.,

        Defendants.

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

**COMES NOW** Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc., and Western Fuels Association, Inc., by counsel, and moves the Court to extend the time within which to file responsive pleadings to the Complaint filed by Plaintiff until December 19, 2005. Plaintiffs' counsel has authorized Defendants' counsel to represent that she does not object or oppose such extension of time. Further, the parties in actively engaged in discussions to fully resolve the underlying claim, including the resolution of the details of the benefits to be provided to retirees at issue in this matter, and payment of security for such benefits to the Plan.

**WHEREFORE,** Defendants respectfully pray for entry of the proposed, agreed order granting them an extension of time within which to file responsive pleadings to Plaintiffs' Complaint until December 19, 2005.

Respectfully submitted,

BRUSHY CREEK COAL COMPANY,
WESTERN FUELS-ILLINOIS, INC., and
WESTERN FUELS ASSOCIATION, INC.

By Counsel

COUNSEL:

Thomas M. Lucas (DC Bar No. 358653)
Kristina H. Vaquera (VA Bar No. 43655)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7740

Peter Glaser (DC Bar No. 334714)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2866


By: ____/s/ Thomas M. Lucas_____
          Thomas M. Lucas

301996-1

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 16th day of November 2005, a copy of the above and foregoing Unopposed Motion to Extend Time to File Responsive Pleadings was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

    By: ____/s/ Thomas M. Lucas____
Thomas M. Lucas (DC Bar No. 358653)
Kristina H. Vaquera (VA Bar No. 43655)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7740

Peter Glaser (DC Bar No. 334714)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2866

301996-1