IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.,

            Plaintiffs,

v.

BRUSHY CREEK COAL COMPANY, et al.

            Defendants.

Civil Action No. 1:05CV01762-RJL

## JOINT STATUS REPORT

1. The Plaintiffs, Trustees of the UMWA 1992 Benefit Plan ("1992 Plan"), and the Defendants, Brushy Creek Coal Company, Western Fuels-Illinois, Inc., and Western Fuels Association, Inc., through counsel, have been working on settlement of this lawsuit. Counsel expect to obtain approval for a settlement in the next month or two and to have the settlement effectuated approximately two months from the approval.

2. Without waiving any claims, positions or defenses, the parties state the following: for over a year, counsel have worked on the details of a complete settlement of all matters in the Complaint. Counsel have reviewed beneficiary lists and come to tentative agreement on the names and numbers of retirees and their eligible dependents involved. Counsel have reviewed the payment status and come to tentative agreement on the amount of prefunding premiums to be paid. Counsel have reviewed alternate methods of posting security under section 9712(d)(1)(C) of the Coal Act and come to tentative agreement on the amount and form of security to be posted. Counsel have reviewed alternate provisions of health benefit plans, attempting to come to agreement on the appropriate measures for providing benefits under the Coal Act. The parties have not yet come to

complete agreement concerning the health benefit plan, but counsel see a probability that the parties will do so in the next month. The parties have not yet come to agreement concerning amounts to be paid to individual retirees and any others to redress benefit reductions in the interim; based on the parties' good will and working relationship, counsel are hopeful that the parties will reach an agreement in principle regarding such reimbursements in the next month.

3. While the parties have not yet submitted a proposed scheduling order in this case, counsel believe it is likely that such a scheduling order will not be necessary. Counsel suggest that if the case is not settled sooner, that the parties be required to submit their Joint Meet and Confer Statement and proposed scheduling order under Local Civil Rule 16.3 by March 1, 2007.

                                      Respectfully submitted,

*Barbara E. Locklin*
LARRY D. NEWSOME
Associate General Counsel
DC Bar ID 254763

BARBARA E. LOCKLIN
Assistant General Counsel
D.C. Bar ID 420503
(202) 521-2227

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238

Attorneys for Plaintiffs


/s/ *per bel*

PETER GLASER, Esq.
Troutman Sanders, LLP
401 9th Street, N.W.
Suite 1000
Washington, DC  20004-2134
DC Bar ID 334714
(202) 274-2998

THOMAS M. LUCAS, Esq.
KRISTINA VAQUERA, Esq.
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
DC Bar ID 358653

Attorneys for Defendants

197014670.doc