IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael H. Holland, Michael W. Buckner,
Frank Dunham & Elliot A. Segal as Trustees
of the UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

        Plaintiffs,

  v.                                               Case No. 1:05cv1762

BRUSHY CREEK COAL COMPANY, *et al.*,

        Defendants.

## JOINT MOTION TO CONTINUE THE MAY 29, 2007 STATUS CONFERENCE

Plaintiffs Michael H. Holland, Michael W. Buckner, Frank Dunham & Elliot A. Segal as Trustees of the United Mine Workers of America 1992 Benefit Plan, and Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc. and Western Fuels Association, Inc., through undersigned counsel, move the Court to continue the May 29, 2007 status conference. Undersigned counsel have consulted and agreed to continue the status conference. Counsel for all parties are available on the following dates: July 16, July 17, July 23, July 24, and July 25.

For the foregoing reasons, the parties respectfully request that this Court grant the Motion to Continue the May 29, 2007 Status Conference.

DATED this 25th day of May 2007.

Respectfully submitted,

| | |
|---|---|
| BRUSHY CREEK COAL COMPANY, WESTERN FUELS-ILLINOIS, INC., and WESTERN FUELS ASSOCIATION, INC. | MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, FRANK DUNHAM AND ELLIOTT A. SEGAL AS TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN |

<table>
<tr><td>

_/s/ Thomas M. Lucas_
Thomas M. Lucas (DC Bar No. 358653)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7740
Facsimile: (757) 687-1527
E-mail: tom.lucas@troutmansanders.com

</td><td>

_/s/ Barbara Locklin_
Barbara Locklin (DC Bar No. 420503)
Assistant General Counsel
UMWA Health and Retirement Funds
2121 K Street, N.W., Suite 350
Washington, D.C. 20037
Telephone: (202) 521-2200
E-mail: blocklin@umwafunds.org

</td></tr>
</table>

Peter Glaser (DC Bar No. 334714)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2998
Facsimile: (202) 654-5611
E-mail: peter.glaser@troutmansanders.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of May, 2007, a copy of the above and foregoing Motion to Continue Status Conference was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

_/s/ Thomas M. Lucas_
Thomas M. Lucas (DC Bar No. 358653)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7740
Facsimile: (757) 687-1527
E-mail: tom.lucas@troutmansanders.com

Peter Glaser (DC Bar No. 334714)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2998
Facsimile: (202) 654-5611
E-mail: peter.glaser@troutmansanders.com

340231_2.DOC