**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Michael H. Holland, Michael W. Buckner,
Frank Dunham & Elliot A. Segal as Trustees
of the UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

           Plaintiffs,

      v.                                 Case No. 1:05cv1762

BRUSHY CREEK COAL COMPANY, *et al.*,

           Defendants.

## <u>JOINT MOTION TO CONTINUE THE JULY 23, 2007 STATUS CONFERENCE</u>

        Plaintiffs Michael H. Holland, Michael W. Buckner, Frank Dunham & Elliot

A. Segal as Trustees of the United Mine Workers of America 1992 Benefit Plan, and

Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc. and Western

Fuels Association, Inc., through undersigned counsel, move the Court to continue the

July 23, 2007 status conference.  Undersigned counsel have consulted and agreed to

continue the status conference.  Counsel for all parties are available on the following

dates: September 5, September 6, September 7, September 10, September 11,

September 12, and September 13.

        For the foregoing reasons, the parties respectfully request that this Court

grant the Motion to Continue the July 23, 2007 Status Conference.

        DATED this 17th day of July 2007.

Respectfully submitted,

BRUSHY CREEK COAL COMPANY,
WESTERN FUELS-ILLINOIS, INC., and
WESTERN FUELS ASSOCIATION, INC.

MICHAEL H. HOLLAND, MICHAEL W.
BUCKNER, FRANK DUNHAM AND
ELLIOTT A. SEGAL AS TRUSTEES OF
THE UNITED MINE WORKERS OF
AMERICA 1992 BENEFIT PLAN


_____/s/ Thomas M. Lucas_____

Thomas M. Lucas (DC Bar No. 358653)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7740
Facsimile: (757) 687-1527
E-mail: tom.lucas@troutmansanders.com

Peter Glaser (DC Bar No. 334714)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2998
Facsimile: (202) 654-5611
E-mail: peter.glaser@troutmansanders.com

_____/s/ Barbara Locklin_____

Barbara Locklin (DC Bar No. 420503)
Assistant General Counsel
UMWA Health and Retirement Funds
2121 K Street, N.W., Suite 350
Washington, D.C. 20037
Telephone: (202) 521-2200
E-mail: blocklin@umwafunds.org


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of July, 2007, a copy of the above and foregoing Motion to Continue Status Conference was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

_____/s/ Thomas M. Lucas_____

Thomas M. Lucas (DC Bar No. 358653)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7740
Facsimile: (757) 687-1527
E-mail: tom.lucas@troutmansanders.com

Peter Glaser (DC Bar No. 334714)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2998
Facsimile: (202) 654-5611
E-mail: peter.glaser@troutmansanders.com

343446_1.DOC