IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, et al.,<br><br>             Plaintiffs,<br>      v.<br><br>BRUSHY CREEK COAL COMPANY, et al.<br><br>             Defendants. | Civil Action No. 1:05CV01762-RJL |

**JOINT MOTION TO CONTINUE THE SEPTEMBER 5, 2007 STATUS CONFERENCE**

      Plaintiffs Michael H. Holland, Michael W. Buckner, Frank Dunham and Elliot A. Segal as Trustees of the UMWA 1992 Benefit Plan, and Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc. and Western Fuels Association, Inc., through undersigned counsel, move the Court to continue the September 5, 2007 status conference for approximately a month. Counsel for all parties are available on October 9 and October 10, if these days are convenient to the Court.

      For the foregoing reasons, the parties respectfully request that this Court grant the Motion to Continue the September 5, 2007 Status Conference.

      DATED this 5th day of September, 2007.


                              Respectfully submitted,


                              _____
                              LARRY D. NEWSOME

       Associate General Counsel
       DC Bar ID 254763

       BARBARA E. LOCKLIN
       Assistant General Counsel
       D.C. Bar ID 420503
       (202) 521-2227
       E-mail: blocklin@UMWAfunds.org

       UMWA HEALTH & RETIREMENT FUNDS
       Office of the General Counsel
       2121 K Street, N.W.
       Washington, D.C. 20037
       Telephone: 202-521-2238

       Attorneys for Plaintiffs

---

       PETER GLASER, Esq.
       Troutman Sanders, LLP
       401 9th Street, N.W.
       Suite 1000
       Washington, DC 20004-2134
       DC Bar ID 334714
       (202) 274-2998
       E-mail: peter.glaser@troutmansanders.com

       THOMAS M. LUCAS, Esq.
       Troutman Sanders, LLP
       222 Central Park Avenue
       Suite 2000
       Virginia Beach, VA 23462
       DC Bar ID 358653
       E-mail:tom.lucas@troutmansanders.com
       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of September, 2007, a copy of the above and foregoing Motion to Continue Status Conference was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

>BARBARA E. LOCKLIN
>Assistant General Counsel
>D.C. Bar ID 420503
>(202) 521-2227
>E-mail: blocklin@UMWAfunds.org
>UMWA HEALTH & RETIREMENT FUNDS
>Office of the General Counsel
>2121 K Street, N.W.
>Washington, D.C.  20037

197014670.doc

3