IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, *et al.*,

        Plaintiffs,

   v.

BRUSHY CREEK COAL COMPANY, *et al.*

        Defendants.

Civil Action No. 1:05CV01762-RJL

**JOINT MOTION TO CONTINUE TO HOLD CASE IN ABEYANCE**

    Plaintiffs Michael H. Holland, Michael W. Buckner, Frank Dunham and Elliot A. Segal as Trustees of the UMWA 1992 Benefit Plan, and Defendants Brushy Creek Coal Company, Western Fuels-Illinois, Inc. and Western Fuels Association, Inc., through undersigned counsel, move the Court to continue to hold this case in abeyance through January 15, 2008. At the October 8, 2007 status conference, counsel informed the Court that they had tentatively reached a settlement and expected to sign a settlement agreement within the next several days. That settlement agreement is now signed. The settlement agreement provides for defendants (among other things) to make certain healthcare reimbursement payments to certain retirees of the Brushy Creek Mine in two installments, with the second installment paid by December 31, 2007. The settlement agreement further provides for the parties to file a joint motion for dismissal of this case upon completion of certain obligations by defendants, including the second payment.

    Accordingly, the parties respectfully request that this Court continue to hold this case in abeyance until January 15, 2008. By that time, the parties will either move for dismissal of the case or inform the Court that the conditions for dismissal have not been fulfilled. In the latter event, the parties will propose a plan for further disposition of this case.

| | |
|---|---|
| October 15, 2007 | Respectfully submitted, |

                                               /s/ Barbara E. Locklin

LARRY D. NEWSOME
Associate General Counsel
DC Bar ID 254763

BARBARA E. LOCKLIN
Assistant General Counsel
D.C. Bar ID 420503
(202) 521-2227
E-mail: blocklin@UMWAfunds.org

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238

Attorneys for Plaintiffs


                                               /s/ Thomas M. Lucas

PETER GLASER, Esq.
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
DC Bar ID 334714
Telephone: (202) 274-2998
E-mail: peter.glaser@troutmansanders.com

THOMAS M. LUCAS, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
DC Bar ID 415292
Telephone: (757) 687-7740
E-mail: tom.lucas@troutmansanders.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of October, 2007, a copy of the above and foregoing Motion to Continue Holding Case in Abeyance was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Thomas M. Lucas
THOMAS M. LUCAS, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
DC Bar ID 415292
Telephone: (757) 687-7740
E-mail: tom.lucas@troutmansanders.com