IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, A. FRANK DUNHAM, MICHEAL W. BUCKNER, MARTY D. HUDSON, ELLIOT SEGAL, as Trustees of the UMWA 1992 BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>BRUSHY CREEK COAL COMPANY, et. al,<br><br>Defendants. | Civil Action No.  1:05cv01762 (RJL) |

STIPULATION OF DISMISSAL

Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for the parties hereby agree that this case shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_/s/ Barbara E. Locklin_  
David W. Allen, Bar No. 81638  
Larry D. Newsome, Bar No. 254763  
Barbara E. Locklin, Bar No. 420503  
UMWA Health And Retirement Funds  
2121 K Street, N.W.  
Washington, D.C. 20037  
(202) 521-2200  

Counsel for Plaintiffs

_/s/ Peter S. Glaser_  
Peter S. Glaser, Bar. No. 334714  
Troutman Sanders, LLP  
401 Ninth Street, N.W.  
Suite 1000  
Washington, D.C. 20004-2134  
(202) 274-2998  

Counsel for Defendant

1-WA/2804279.1

AND NOW, this ___ day of _____, 2008, this case is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served on the parties listed below in accordance with the Federal Rules of Civil Procedure by first class mail, postage pre-paid this ____ day of _____, 2008.

Peter S. Glaser
Troutman Sanders, LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004-2134

Mark Murphy
Mooney, Green, Baker and Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, DC 20036

Stanley F. Lechner
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____

1-WA/2804279.1